UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 3:11-cr-87-LRH-WGC |
| Plaintiff, ) | ORDER |
| vs. ) | |
| PHILLIP YESSLITH, ) | |
| Defendant. ) | |

Presently before the court is the matter of U.S. v. PHILLIP YESSLITH.

On October 11, 2011, this court held a hearing for Change of Plea and Unopposed Motion to Reopen Detention Hearing [23] as to defendant PHILLIP YESSLITH. The Defendant requests that the Imposition of Sentencing in this case shall be continued to January 9, 2012 at 10:00 a.m. to allow PHILLIP YESSLITH to reside at and participate in the TULE RIVER ALCOHOLISM PROGRAM in Porterville, California.

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant PHILLIP YESSLITH shall be released upon bed availability to reside and participate in the residential TULE RIVER ALCOHOLISM PROGRAM in Porterville, California for a period of 180 days.

DATED this 11th day of October, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE